# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Julie Caliboso,

Plaintiff(s),

v.

Armor Systems Corporation,

Defendant(s).

Case No. 18 C 7248
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Julie Caliboso and against Defendant Armor Systems Cororation in the amount of $5,552.50 for Fees and $409.46 for Costs.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer.

Date: 6/24/2019

Thomas G. Bruton, Clerk of Court

Ena T. Ventura , Deputy Clerk